**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02205-RBJ

TERESA PELKEY,

    Plaintiff,

v.

COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER, Document No. 42, of Judge R. Brooke Jackson entered on June 10, 2015, it is

ORDERED that the Motion to Dismiss with Prejudice [ECF No. 41] is GRANTED in part and DENIED in part.  It is

FURTHER ORDERED that the civil action and all claims therein are DISMISSED WITHOUT PREJUDICE for failure to prosecute.  It is

FURTHER ORDERED that judgment is entered in favor of the defendant, COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT, and against the plaintiff, TERESA PELKEY.  It is

FURTHER ORDERED that, as the prevailing party, the defendant is awarded its reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLOLCivR 54.1.  It is

FURTHER ORDERED that, if the defendant wishes to have costs taxed, it should file a bill of costs within 14 days of the entry of this judgment.

Dated at Denver, Colorado this 10th day of June, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

      By:  s/   Cathy Pearson
                Cathy Pearson
                Deputy Clerk